UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-00084-JA-EJK

**ERIC PENDER,**

    **Plaintiff,**

**v.**

**TRANS UNION LLC,**
**SUNBIT NOW LLC,**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC

Plaintiff Eric Pender submits this Notice of Settlement as to Defendant Trans Union LLC only and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: March 25, 2024

                                                  Respectfully Submitted,

                                                  /s/ Gerald D. Lane, Jr.
                                                  **JIBRAEL S. HINDI, ESQ.**
                                                  Florida Bar No.: 118259
                                                 E-mail: jibrael@jibraellaw.com
                                                 **JENNIFER G. SIMIL, ESQ.**
                                                 Florida Bar No.: 1018195
                                               E-mail: jen@jibraellaw.com
                                               **GERALD D. LANE, JR., ESQ.**
                                               Florida Bar No.: 1044677
                                             E-mail: gerald@jibraellaw.com
                                             The Law Offices of Jibrael S. Hindi
                                             110 SE 6th Street, Suite 1744
                                             Fort Lauderdale, Florida 33301
                                             Phone: 954-907-1136

                                             *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                               /s/ Gerald D. Lane Jr.
                                             **GERALD D. LANE, JR., ESQ.**
                                             Florida Bar No.: 1044677

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com